AO 91 (Rev. 11/11) Criminal Complaint      AUSAs Aaron R. Bond and Ronald L DeWald (312) 353-5300

**FILED**
11/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 25CR744 |
| v. | |
| LAWRENCE REED | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 17, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 1992(a)(7), (b)(1), and (c)(1) | Terrorist attack or other violence against a mass transportation system |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

*Adam Fitzgerald*
ADAM FITZGERALD
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 19, 2025

*Laura K. McNally*
*Judge's signature*

City and state: Chicago, Illinois      LAURA K. MCNALLY, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, ADAM FITZGERALD, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so employed since January of 2022. Prior to my employment with ATF, I was employed as an officer and detective with the Chicago Police Department ("CPD") from November 2012 to January 2022. During my tenure with CPD I participated in hundreds of gang crime and violent crime investigations.

2. I am currently assigned to the Crime Gun Intelligence Center of Chicago ("CGIC"). The CGIC is a multi-agency, joint-force collaboration to identify, investigate and prosecute prolific firearms offenders and their sources of crime guns. As part of my current duties as a Special Agent I investigate violent crimes, including arsons and the apprehension of fugitives, criminal violations relating to firearms, and firearms trafficking. In addition, I have participated in numerous investigations that involve the illegal purchase, trafficking, possession, and use of firearms and ammunition during, and in relation to, crimes of violence. I have received training in the area of firearms and arson investigations, and I have participated in multiple investigations involving violations of federal firearms laws and federal arson laws. I have recovered and examined different types of firearms and ammunition and become familiar with the appearance and characteristics of the make and model of multiple

types of firearms. I have participated in the execution of multiple federal search warrants.

3. This affidavit is submitted in support of a criminal complaint alleging that defendant LAWRENCE REED has violated Title 18, United States Code, Section 1992(a)(7), (b)(1), and (c)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging REED with terrorist attack or other violence against a mass transportation system, in violation of Title 18, United States Code, Section 1992(a)(7), (b)(1), and (c)(1), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the REED committed the offense alleged in the complaint.

4. This affidavit is based on my personal participation in the investigation of the instant case, information provided to me by other law enforcement agents and officers, information contained in law enforcement and public records, my review of camera footage, surveillance video, photographs, and my training and experience as well as the training and experience of other law enforcement agents.

I. BACKGROUND ABOUT THE CHICAGO TRANSIT AUTHORITY

5. According to the Chicago Transit Authority's publicly available website, the Chicago Transit Authority ("CTA") operates the nation's second largest public transportation system.[1] On an average weekday, 953,787 rides are taken on CTA. The CTA is a regional transit system that serves 35 suburbs, in addition to the City

---

[1] See https://www.transitchicago.com/facts/ (last visited November 18, 2025).

of Chicago, and provides 87 percent of the public transit trips in the six-county Chicago metropolitan area either with direct service or connecting service to Metra and Pace.

6. According to the CTA's publicly available website, CTA operates both bus lines and rail cars. On its rapid transit system, CTA's 1,564 rail cars operate eight routes and 224.1 miles of track. CTA trains make about 2,336 trips each day and serve 146 stations. CTA's Blue Line 'L' can take customers to O'Hare International Airport and the Forest Park Terminal, via downtown Chicago.

## II. FACTS SUPPORTING PROBABLE CAUSE

### A. REED Attacks Victim A, a Passenger on a CTA Blue Line Train

7. According to records from the Chicago Police Department ("CPD"), LAWRENCE REED is a 50-year-old male who has resided in Chicago, Illinois, for the past several years.

8. According to CPD reports, surveillance videos, and information provided by CPD officers and other investigators, the following occurred on or about November 17, 2025:

9. At approximately 9:25 p.m., CPD officers responded to a call for service related to a woman on fire on the CTA train platform located at 124 W Lake Street – at the approximate intersection of Clark and Lake Streets – in Chicago, Illinois.

10. CPD officers responded to the scene at Clark and Lake Streets and located Victim A laying on her back on the CTA Blue Line train platform with severe burns to her face and body.

11. CPD investigators also responded to the scene and boarded CTA inbound Blue Line train car #3236, which was stopped at the above location. On train car #3236, CPD Investigators collected a partially melted bottle, a lighter, a clear suspected ignitable liquid from a passenger seat from where Victim A had been seated, and the burned remains of what appeared to be some of Victim A's clothing.

12. CPD investigators obtained surveillance footage from inside train car #3236. According to surveillance footage from train car #3236, at approximately 9:24 p.m., Victim A was observed sitting on a seat in the middle of the train car. A person now known as REED was seated in a seat at the far back of the CTA car. A screen capture of REED and Victim A on train car #3236 appears below, with Victim A circled in red on the right and REED circled in red on the left:

**REED and Victim A Seated on Train Car #3236**



13. According to surveillance footage from train car #3236, REED stood up from his seat while holding a bottle, walked through the car and approached Victim

4

A, who was seated with her back towards REED. Reed then took the cap off the bottle and poured a liquid from the bottle all over the victim's head and body. REED then attempted to ignite the liquid. Victim A fought off REED and ran to the front of the train as REED chased Victim A. REED then ignited the bottle in his hand that contained remnants of the liquid that he had poured on Victim A and the bottle fell out of REED's hand and onto the floor as Victim A then ran to the rear of the train car. Screen captures of the above-described actions appear below:

**REED Stands Up and Approaches Victim A**



**REED Pours Liquid on Victim A**





14. According to surveillance footage from train car #3236, REED then picked up the bottle that was now on fire, approached Victim A, and lit Victim A on fire using the bottle. REED then ran to the front of the train car and stood watching Victim A as her body was engulfed in flames. Victim A appears below on the far left underneath the train car number "3236" while REED appears on the right holding the flaming bottle

**REED Reapproaches Victim A with Flaming Bottle**



15. According to surveillance footage from train car #3236, Victim A, who was almost fully engulfed in flames, attempted to extinguish herself by rolling on the ground of the train car. The train then stopped at the Clark and Lake Street Blue Line platform and Victim A while still on fire, was able to exit the train before

7

collapsing on the train platform, where she was tended to by individuals on the platform. At the same time, REED exited the train car and walked away from the scene, as depicted below:

**REED Walks Away on Train Platform**



**B.    REED Uses Gas Pump to Fill Bottle at a Gas Station 20 Minutes Prior to Attacking Victim A on the CTA Blue Line**

16.    CPD investigators obtained additional video surveillance footage from the Citgo Gas Station located at 3357 W Harrison Street, in Chicago November 17, 2025, at approximately 9:03 p.m., which was approximately 20 minutes before REED attacked Victim A. According to the surveillance footage, REED arrived at the Citgo wearing the same clothing as he wore when he lit Victim A on fire about 20 minutes later. Additionally, REED entered the convenience store attached to the gas station, appeared to make a payment to the cashier, and then relocated to a gas pump and

8

filled a small container with gasoline. REED then walked toward the CTA Blue Line train, at 530 S. Kedzie Avenue – near the intersection of Kedzie Avenue and Congress Parkway – approximately .3 miles away. Pertinent screen captures of REED at the Citco appear below:

**REED Enters Citco Station**



**REED Makes a Payment to the Cashier**



**REED Fills a Small Container with Gas**



### C. REED's Arrest on November 18, 2025

17. On November 18, 2025, at approximately 1129 hours, CPD placed REED in custody at the approximate location of 140 West Washington Street, in Chicago. According to the body worn camera footage of REED's arrest, REED was wearing the same clothing he wore when he lit Victim A on fire. REED was further observed to have fire related injuries to his right hand. REED also possessed a CTA Transit Card, which according to CTA's Transit/Account Transaction History report, was used to board a CTA Blue Line Train at Kedzie and Congress on the evening of November 17, 2025, at approximately 9:04 p.m., consistent with the time REED had departed the gas station described above.

**REED at the Time of His Arrest**



18.     According to CPD reports and body worn camera footage REED was transported to CPD's Area 4 Detective Division and while in transit to the Detective Division, REED made repeated spontaneous and unprompted utterances, specifically yelling, "burn bitch" and "burn alive bitch."

### III.    CONCLUSION

19.     Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 17, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, LAWRENCE REED did knowingly and without lawful authority and permission commit, and attempt to commit, an act, including the use of a dangerous weapon, with the intent to cause death and serious bodily injury to one or more persons who were on or in a terminal, structure, track and

facility used in the operation of, and in support of the operation of, a mass transportation vehicle, which mass transportation vehicle was carrying passengers and employees at the time of the offense, to wit: using gasoline and a lighter REED knowingly set fire to a passenger on a Chicago Transit Authority Blue Line Train car, in violation of Title 18, United States Code, Sections 1992(a)(7), (b)(1) and (c)(1).

FURTHER AFFIANT SAYETH NOT.

*Adam Fitzgerald*
ADAM FITZGERALD
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone November 19, 2025.

*Laura K. McNally*
boxSIGN    4Q93KYRV-19ZV3J73
Honorable LAURA K. MCNALLY
United States Magistrate Judge

12