# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

USA,
Plaintiff(s),

v.

Lawrence Reed,
Defendant(s)

Case No. 25cr744

Judge Laura K. McNally

## ORDER

Initial appearance held on 11/19/25. Defendant Lawrence Reed appeared following arrest on 11/19/2025. Defendant requested to appear unrepresented by counsel for today's hearing. Standby counsel from the Federal Defender Program was available throughout the hearing, but Defendant repeatedly refused to speak with counsel. Defendant was advised of the charges and maximum penalties available under the law and informed of his rights. Defendant stated, repeatedly, his intention to plead guilty, and the Court explained that it would not be taking any plea at this time. Defendant waived his right to a preliminary examination hearing. The Court entered a finding of probable cause and orders the defendant bound to the District Court for further proceedings. The Government orally moved for detention under 18 U.S.C. § 3142(f)(1)(A) & (B) on the grounds that if released the defendant poses a danger to the community. Defendant seeks release pending trial. A detention hearing is set for 11/21/2025 at 10:00 a.m. in courtroom 1743. Pretrial Services reported that Defendant has refused to meet for an interview, but Pretrial Services will prepare a limited report based on Defendant's criminal record, if any. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant seeks consular notification to the consulate of China. Based on the defendant's conduct during today's hearing, the Court recommends that the defendant promptly receive a medical and psychological evaluation by a physician. Defendant stated his agreement to this recommendation on the record. Defendant is remanded to the custody of the U.S. Marshal and shall be detained until further order of the court.

(00.20)

Date: 11/19/2025

_Laura K. McNally_
Laura K. McNally
United States Magistrate Judge