# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 1:25−cr−00744

                                                          Honorable Laura K. McNally

Lawrence Reed

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Laura K. McNally as to Lawrence Reed. Detention hearing held 11/21/25. Defendant appeared and declined appointment of counsel. Standby counsel from the Federal Defender Program was available throughout the hearing, but Mr. Reed did not consult with that available counsel. The Government moved for detention under 18 U.S.C. 3142(f), proffered evidence, and made arguments in support. Pretrial Services recommended detention. After the Government's presentation, Defendant consented to pretrial detention. The Court made findings that even absent Defendant's consent, pretrial detention is appropriate under 18 U.S.C. 3142, particularly in light of the rebuttable presumption of detention in 18 U.S.C. 3142(g). That presumption applies in this case, and no party offered any evidence or argument to rebut that presumption. The Court thus finds that no condition or combination of conditions of release would reasonably assure Defendant's appearance as required and the safety of others and the community, and orders Defendant to be detained until further order of court. The Court again requested that Defendant undergo a medical and mental evaluation at defendant's facility of incarceration and requested that Defendant cooperate with those evaluations. Defendant stated he would cooperate. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.