# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                           Case No.: 1:25−cr−00744

                                                                              Honorable Georgia N. Alexakis

Lawrence Reed

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 20, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis as to Lawrence Reed: Status hearing held on 1/20/2026. Defendant present with counsel. The government reports that the parties held a Rule 16 conference. The government to produce an initial small batch of discovery by 1/23/2026 with a larger batch by 2/27/2026. Agreed oral motion for the mutual return of early trial subpoenas is granted. The next status hearing is set for 3/12/2026 at 10:00 a.m. Without objection, time is excluded in the interest of justice from 1/20/2026 to and including 3/12/2026 pursuant to 18 U.S.C. § 3161(h)(7)(A)for continuation of discovery and continuity of counsel. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.