UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 744 |
| v. | |
| LAWRENCE REED | Judge Georgia N. Alexakis |

**AGREED MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1.      The indictment in this case charges defendant with committing a terrorist attack and other violence against a mass transportation system, in violation of 18 U.S.C. § 1992 (a)(7), (b)(1), and (c)(1) (Count 1), and arson, in violation of Title 18, United States Code, Section 844(i) (Count 2).

2.      Certain material to be provided by the government in this case include sensitive information, namely, personal identifying information of the victim and others and the medical condition and treatment of the victim, (collectively, the "Sensitive Information"). The unrestricted dissemination of the Sensitive Information could threaten the safety and privacy interests of the victim, witnesses, and those who provided information to law enforcement. Accordingly, the government respectfully requests that the Court enter its proposed protective order.

1

3.      The government has discussed the proposed protective order with counsel for defendant, who agrees to the entry of the proposed order.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Ronald L. DeWald, Jr,*
RONALD L. DeWALD, Jr.
AARON R. BOND
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604

2