UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LAWRENCE REED

No. 25 CR 744

Judge Georgia N. Alexakis

## NOTICE OF MOTION

TO:   Piyush Chandra
      Federal Defender Program
      55 E. Monroe Suite 2800
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Thursday, April 16, 2026, at 9:30 a.m., in Courtroom 1719, I shall appear before the Honorable Georgia N. Alexakis, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached *agreed* motion for protective order governing discovery.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Ronald L. DeWald, Jr.*
      RONALD L DeWALD, JR.
      AARON R. BOND
      Assistant United States Attorneys
      United States Attorney's Office
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5300