## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

                Case No.: 1:25–cr–00744
                Honorable Georgia N. Alexakis

Lawrence Reed

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants the government's agreed motion for entry of an agreed protective order governing discovery [17]. Enter Agreed Protective Order. The Court vacates the 4/16/2026 presentment hearing. Mailed notice. ( sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.