**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00744
Honorable Georgia N. Alexakis

Lawrence Reed

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 6/16/2026. Defendant appeared with counsel. The government reported that discovery is ongoing and that, although it has received some relevant medical records to date, records from additional medical providers remain outstanding. Defendant's counsel orally moved for an examination to determine Defendant's mental competency, the government did not oppose the motion, and the Court granted it. The parties are directed to submit a proposed order in Word format to the Court's proposed order inbox by 6/17/2026. A status hearing is set for 8/27/2026 at 10:00 a.m. Without objection, time is excluded from 6/16/2026 to and including 8/27/2026 pursuant to 18 U.S.C. § 3161(h)(1)(A) to accommodate the examination of Defendant's mental competency and pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice to allow for the continuation of discovery. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.