**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00744
Honorable Georgia N. Alexakis
Lawrence Reed
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis as to Lawrence Reed: Status hearing held on 8/27/2026. Defendant did not appear because he is currently out of the District for a mental competency examination. The parties reported that the examination remains ongoing. Discovery remains ongoing as well. Some additional discovery to be provided by medical providers remains outstanding, and the government must produce some additional, non−medical discovery as well. A status hearing is set for 11/12/2026 at 9:00 a.m. The government must produce the remaining additional, non−medical discovery in its possession well before that status hearing. Without objection, time is excluded from 8/27/2026 to and including 11/12/2026 pursuant to 18 U.S.C. § 3161(h)(1)(A) to accommodate the examination of Defendant's mental competency and pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice to allow for the continuation of discovery. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.